THOMAS RYAN, ET AL. v. ALICE BRESLIN, ET AL.

December 6, 1988.

Petition for certification denied.

JEWISH FEDERATION OF CENTRAL NEW JERSEY, A
NON-PROFIT CORPORATION v. SELIG SISSELMAN.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. FELIX OCASIO.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RUFUS ROBERTS.

December 6, 1988.

Petition for certification denied.